UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FARREL DWAYNE BARNETT | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| GOLLOTT TRAWLER, LLC | * | JUDGE |
| | * | |
| | * | MAGISTRATE |

*****************************************************************************

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of FARREL DWAYNE BARNETT, a person of majority age, with respect represents:

1.

Made Defendant herein is GOLLOTT TRAWLER, LLC, a limited liability company authorized to do and/or doing business in this State and judicial district at all material times.

2.

On or about November 2, 2015, Defendant, GOLLOTT TRAWLER, LLC, owned, operated, and controlled a 75.5 foot, 121 gross ton shrimping vessel in navigation called the F/V EDGAR & BETTY, bearing USCG Documentation Number 925846 and IMO Number 8885676 and employed Plaintiff, FARREL DWAYNE BARNETT, as a marine crew member of said vessel, for which he earned annual earnings of approximately $40,000.00, plus found and fringe benefits.

1

3.

On or about November 2, 2015, while the F/V EDGAR & BETTY was engaged in shrimping in Louisiana waters, Plaintiff sustained severe, painful, and permanently disabling injuries to his lumbar spine, left shoulder and connecting tissues, nerves and joints as a result of the negligence of Defendant, GOLLOTT TRAWLER, LLC, and the unseaworthiness of the F/V EDGAR & BETTY.  Specifically, as Plaintiff attempted to retrieve a jug of portable water stowed on a shelf near the vessel forepeak below the wheel house, Plaintiff lost his balance and fell approximately nine (9) feet to the steel vessel deck due to the unreasonably dangerous body position Plaintiff was forced to assume to access the portable water jug.

4.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, physical disability and loss of wages and wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in an amount reasonable under the circumstances of this cause, plus found.

5.

This Honorable Court has jurisdiction over this first cause of action pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

## AND FOR A SECOND CAUSE OF ACTION

6.

Plaintiff re-avers and re-alleges all allegations of fact and law previously pled herein as if re-pled in their entirety.

7.

Following the incident described above, Plaintiff obtained treatment for his injuries from

Defendant's choice of physician, Dr. Stephen Cope at The Orthopedic Group, P.C.   Dr. Cope performed surgery on Plaintiff's left shoulder on March 29, 2016.

8.

Due to ongoing pain and dysfunction of Plaintiff's left shoulder, Plaintiff sought a second opinion at the behest and approval of Dr.   Stephen Cope from Dr. Jacob Kidder, a shoulder specialist, who also practices at The Orthopedic Group, P.C.

9.

Dr. Kidder has recommended a second shoulder surgery to address Plaintiff's ongoing pain and dysfunction in his left shoulder.

10.

Defendant, GOLLOTT TRAWLERS, LLC, is fully aware of Plaintiff's need for additional medical care, including surgery, for the injury caused by and manifested while Plaintiff was in the service of the F/V EDGAR & BETTY, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendant authorize and pay for same.

11.

Despite Plaintiff's request, Defendant has arbitrarily, capriciously and without legal cause failed to authorize Plaintiff's claim for additional cure in good faith and failed to authorize and pay for his necessary medical treatment, including surgery.

12.

As a result of Defendant's willful, arbitrary and capricious failure to provide necessary medical treatment, Plaintiff's physical and metal pain and suffering have been aggravated and intensified in his recovery to maximum medical improvement has been prolonged, delayed and impaired.

13.

By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendant, all reasonable expenses associated with necessary and reasonable medical care until he reaches maximum medical cure according to his chosen treating physicians.

14.

By reason of the foregoing, Plaintiff is further entitled to recover punitive damages for Defendant's willful and arbitrary refusal to honor its cure obligation in good faith in an amount to be determined by this Honorable Court, plus reasonable attorney's fees in an amount to be set by this Court because Plaintiff was forced to retain counsel to pursue this cause of action.

15.

This Honorable Court has jurisdiction over this second cause of action pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**WHEREFORE**, after due proceedings had, Plaintiff, FARREL DWAYNE BARNETT, prays for judgment in his favor and against Defendant, GOLLOTT TRAWLER, LLC, for compensatory damages in an amount reasonable under the circumstances of this cause, for all cure benefits due and owing until Plaintiff reaches maximum medical improvement as determined by his chosen treating physicians, for punitive damages in an amount to be determined by this Honorable Court as a result of Defendant's willful failure to honor its maintenance and cure obligation in good faith, for reasonable attorneys' fees incurred in obtaining cure benefits, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

**PLEASE SERVE:**

GOLLOTT TRAWLER, LLC
391 Bayview Avenue
Biloxi, Mississippi  39533